Robert A. KINMAN, Plaintiff–
Appellant,

v.

STATE FARM MUTUAL AUTOMO-
BILE INSURANCE COMPANY, a
foreign profit corporation, Defendant–
Appellee.

No. 10–11913
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 27, 2011.

Douglas R. Beam, Leslie A. Davis, Mary
Catherine McNames Kramer, Douglas R.
Beam, PA, Melbourne, FL, for Plaintiff–
Appellant.

Warren B. Kwavnick, Cooney, Mattson,
Lance, et al., Fort Lauderdale, FL, Lori
Michelle Costa, Scott A. Turner, The Tur-
ner Law Firm, LLC, Viera, FL, for Defen-
dant–Appellee.

Before TJOFLAT, BLACK and
ANDERSON, Circuit Judges.

PER CURIAM:

Robert Kinman brought this action
against State Farm Mutual Automobile
Insurance Company for uninsured/under-
insured motorist benefits for injuries he
allegedly sustained in a motor vehicle acci-
dent. State Farm pled as an affirmative
defense that Kinman failed to perform a
condition precedent to the entitlement of
benefits under the policy by refusing to
attend a scheduled medical examination as
required by the policy. The district court
granted State Farm summary judgment,
concluding that "[n]o reasonable jury
could conclude that State Farm's [medical
examination] as requested and scheduled
was unreasonable or that Kinman's refusal
to submit to the [examination] was reason-
able." Order, March 25, 2009 at 6. "Be-
cause Kinman's policy required him to
submit to the [examination] and he unrea-
sonably refused to do so, Kinman is not
entitled to coverage under the uninsured
motorist provision." *Id.* at 8.

Kinman now appeals, contending that
the district court erred in concluding that
attendance at the scheduled medical exam-
ination constituted a condition precedent
to coverage, and, further, that issues of
fact remained to be litigated regarding
Kinman's failure to appear for the exami-
nation. We are not persuaded. We find
no error in the court's analysis of the
insurance coverage. As the court properly
concluded, no material fact issue was pre-
sented and State Farm was entitled to
summary judgment.

AFFIRMED.